No. 93–8974.  HERRERA v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–8983.  COLE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8985.  BROWN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8987.  COCKRELL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–8988.  CLEMONS v. ARVONIO, SUPERINTENDENT, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–8989.  FRANKLIN v. LUMMIS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 93–8993.  TRIPLIN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8994.  PAULK v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–8996.  THOMAS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–9003.  RYSKAMP v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–9005.  LARNER v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.

No. 93–9008.  HEARRON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–9010.  GUTIERREZ-AMEZQUITA, AKA LUGO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9017.  OJEDA CHANG v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–9022.  AVERY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.